UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* INVESTIGATIVE SUBPOENAS DIRECTED TO:<br>BANK OF AMERICA, N. A.,<br>JP MORGAN CHASE BANK N. A.,<br>SANDY SPRING BANCORP, INC., and<br>SECURITY BANK<br><br>*Issued by*:<br><br>COMMODITY FUTURES TRADING COMMISSION,<br>Three Lafayette Centre<br>1155 21st Street, N.W.<br>Washington, D.C. 20581,<br><br>*Applicant* | **FILED UNDER SEAL**<br><br>Miscellaneous Case No.: 24-MC-51 |

## STATUS REPORT OF COMMODITY FUTURES TRADING COMMISSION

COMES NOW, the United States Commodity Futures Trading Commission ("the Commission"), by and through the undersigned counsel, and in response to the Court's Minute Order dated August 2, 2024, files this Status Report, and states that the Commission has no objection to this Court unsealing the above-captioned matter, and states further:

1. On August 22, 2024, the undersigned received an email from chamber's staff advising that the court had issued an Order dated April 25, 2024, and a Minute Order dated August 2, 2024, each of which directed the Commission to provide a status report and to advise if the matter should be unsealed. The email also provided a copy of the sealed docket.

2. Undersigned counsel apologizes to the Court for his failure to promptly reply to the Court's orders. All U.S. Postal Service ("USPS") deliveries are first sent to a facility to be scanned for biohazards, etc., prior to actual delivery to the Commission. As a result, USPS deliveries to

**RECEIVED**

AUG 22 2024

Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

the Commission are significantly delayed. As of the date of this filing, the undersigned has not received copies of either of the Court's orders.

    3.      The Commission has no objection to this matter being unsealed at this time.

    4.      The Commission has provided notice of the RFPA subpoenas to each of the two (2) account holders whose bank accounts were subpoenaed. One of the account holders was determined to be a victim of the scheme under investigation. The Commission is in discussions with counsel for the second account holder. Accordingly, each account holder is on actual notice of the subpoenas, and the continued maintenance of the seal on this matter is not necessary.

Dated:  August 22, 2024                Respectfully submitted,

                                                   S/ Timothy J. Mulreany
                                                   TIMOTHY J. MULREANY
                                                   DC Federal Bar No. 467478
                                                   COMMODITY FUTURES TRADING COMMISSION
                                                   1155 21st Street, N.W.
                                                   Washington, D.C. 20581
                                                   Telephone: (202) 418-5306
                                                   tmulreany@cftc.gov

                                                   *Attorney for Applicant, Commodity Futures Trading Commission*